# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TASHAUN S. HALE,

    *Plaintiff,*

vs.

WARDEN D. NEVENS, *et al.,*

    *Defendant*s.

No. 3:14-cv-00099-RCJ-WGC

ORDER

Court mail has been returned from the last institutional address given by plaintiff, with a notation reflecting that he no longer is in custody. Plaintiff has not filed an updated notice of change of address. As plaintiff has failed to comply with LSR 2-2 of the local rules, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that all pending motions are DENIED without prejudice and that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: June 16, 2014

_____
ROBERT C. JONES
United States District Judge